PITTMAN, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(A), Ala. R.App. P.; Ala.Code 1975, §§ 12-15-1(10), 12 — 15—65(f), and 12-15-65(m); Crowley v. Bass, 445 So.2d 902, 904 (Ala.1984); R.G. v. Calhoun County Dep’t of Human Res., 716 So.2d 219, 221 (Ala.Civ.App.1998); Jones v. Webb, 524 So.2d 374, 374 (Ala.Civ.App.1988); Martin v. State ex rel. Dep’t of Human Res., 502 So.2d 769, 771 (Ala.Civ.App.1987); Lucero v. Lucero, 485 So.2d 347, 348 (Ala.Civ.App.1986); and 42 U.S.C. § 671(a)(15)(D)(i).
THOMPSON and BRYAN, JJ., concur.
CRAWLEY, P.J., concurs specially, with writing.
MURDOCK, J., dissents, without writing.